UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RODOLFO VALDEZ, <br> ZAIRA SOLANO <br> Plaintiff, <br> v. <br> SHAMROCK OF SUNRISE <br> MANAGEMENT CORPORATION <br> Defendant. | FILE NO: |

## COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiffs, RODOLFO VALDEZ, ZAIRA SOLANO and (hereinafter as "Plaintiffs"), hereby brings this action against Defendant, SHAMROCK OF SUNRISE MANAGEMENT CORPORATION ("Defendant"), individually, for violations of the Fair Housing Act of 1968, as amended, 42 U.S.C. §§3601-3631 (FHA). Plaintiff brings this legal action against Defendant to obtain redress from pervasive and persistent harassment and discrimination, which created an intolerable living condition for Plaintiffs in their premises. The harassment and discrimination by Defendant occurred over the course of two years which included threats, verbal harassment, and discrimination based on nationality This offensive conduct caused Plaintiffs great emotional and physical harm and

deprived them of right to fair housing, among other things. Plaintiff seeks declaratory judgment, injunctive relief, and damages for harassment and discrimination in the rental of housing based on hate and nationality.

Defendant has interfered with Plaintiffs' federal rights to lease property without unlawful race, sex, and familial status-based discrimination—resulting in stress, pain and suffering, and interference with their property use rights. Plaintiffs seek pecuniary, equitable, and compensatory damages to make them whole.

## JURISDICTION

1. Jurisdiction is conferred on this Court by 42 U.S.C. § 3613(a) and by 28 U.S.C. §§ 1331 and 1343(a)(3).

This action arises under laws of the United States, including Plaintiffs' claims against Defendant for violations of the Fair Housing Act and Section 1981, federal civil rights statutes. This Court has authority to award costs and attorneys 'fees under 42 U.S.C. § 1988 and 42 U.S.C. § 3613.

## VENUE

2. Venue is proper in the United States District Court for the Southern District of Florida as the unlawful practices alleged herein took place in Broward County, Florida, and the Defendant resides in Broward County, Florida, and

the acts complained occurred within the district and venue, therefore, properly lies in this Court. PART

## PARTIES

Plaintiffs

3 PLAINTIFS resides at 4001 N Pine Island Rd, Sunrise, FL 33351

Defendant

Defendant, SHAMROCK OF SUNRISE MANAGEMENT CORPORATION, is a Florida Profit Corporation Company with Registered Agent of Service in Broward County of Florida. Said defendant may be served through its Registered Agent of Service as follows: 4001 NORTH PINE ISLAND ROAD SUNRISE, FL 33351

## FACTS

4. Plaintiff has been living at 4001 N Pine Island Rd, Sunrise, FL 33351

5. Plaintiffs entered into a one-year lease agreement with Defendant, to rent the property located at 4001 N Pine Island Rd, Sunrise, FL 33351 (the "Premises").

6. Defendant was the owner of the Premises and rented the Premises to Plaintiffs.

7. Defendant was subject, at all times relevant, to the anti-harassment and anti-discrimination provisions of the FHA.

8. Plaintiffs have faced humidity in the dwelling unit and has informed the defendant, but no action has been taken place.

9. Defendant instead of maintaining the premises, started increasing the rent amount and started retaliation and refused to renew lease.

## COUNT I VIOLATIONS OF THE FAIR HOUSING ACT

10. Defendant's actions described above constitute: a. Discrimination in the sale or rental, or otherwise making unavailable or denying, a dwelling because of nationality, in violation of the FHA, 42 U.S.C. § 3604(f)(1)

b. Discrimination in the terms, conditions, or privileges of sale or rental of a dwelling, or in the provision of services or facilities in connection with such dwelling because of disability, in violation of the FHA, 42, U.S.C. § 42 U.S.C. § 3604(f)(2).

11. Defendant acted intentionally, willfully, and in disregard for the rights of Plaintiff.

12. Defendant's actions described above constitute a pattern or practice of resistance of the full enjoyment of rights granted by the FHA, in violation of 42 U.S.C. § 3614(a).

13. Plaintiffs are "aggrieved persons" within the meaning of 42 U.S.C. §§ 3602(I) and 3614(d)(1)(B) and has suffered harm and damages as a result of Defendant's conduct.

**WHEREFORE,** Plaintiffs seek all damages available to their, as against Defendant SHAMROCK OF SUNRISE MANAGEMENT CORPORATION, including:

a. Compensatory damages.

b. Punitive damages.

## COUNT II

## VIOLATION OF THE FLORIDA FAIR HOUSING ACT - § 760.23(2), F.S.

14. It is unlawful to coerce, intimidate, threaten, or interfere with any person in the exercise of, or on account of her or his having exercised, or on account of her or his having aided or encouraged any other person in the exercise of any right granted under ss. 760.20-760.37. § 760.37, Florida Statutes.

15. At all times relevant, Plaintiff, being female, belonged to a class of persons whom the Florida Fair Housing Act protects from unlawful discrimination.

16. At all times relevant, Defendant was aware that Plaintiff was female and thus belonged to a protected class of persons based upon sex.

### COUNT IV

Civil Rights Act, 42 U.S.C. § 1981

17. As described above, Defendant violated 42 U.S.C. § 3604(a), which makes it unlawful to refuse to rent a dwelling or otherwise make a dwelling unavailable to any person because of race or nationality.

18. As described above, Defendant violated 42 U.S.C. § 3604(b), which makes it unlawful to discriminate against any person in the terms, conditions, or privileges of the rental of a dwelling, or in the provisions of services and facilities in connection therewith, because of race or color or nationality.

19. As described above, Defendant violated 42 U.S.C. § 3604(c), which makes it, inter alia, unlawful to make or cause to be made any statement relating to the rental of a dwelling that indicates any preference or limitation based on race or origin.

20. As described above, Defendant violated 42 U.S.C. § 3617, which makes it unlawful to coerce, intimidate, threaten, or interfere with any person in the exercise or enjoyment of their Fair Housing Act rights, or on account of having exercised or enjoyed, or aided or encouraged others in exercising or enjoying any right secured by the Fair Housing Act.

21. It is unlawful to discriminate against any person in the terms, conditions, or privileges of sale or rental of a dwelling, or in the provision of services or facilities in connection therewith, because of race, color, national origin, sex, handicap, familial status, or religion. § 760.23(2), Florida Statutes

**Breach of Contract and Breach of the Duty of Good Faith and Fair Dealing Implied in Every Contract**

22. Defendants breached the contractual agreement and their duty of good faith and fair dealing by unlawfully forcing to evict Plaintiff for racially and retaliatory discriminatory purposes.

23. Plaintiff has been harmed by Defendant' breach of the contractual rental agreement and breach of the duty of good faith and fair dealing and is entitled to damages caused by these breaches.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment against Defendants as follows:

24. Declaring Defendants' discriminatory practices violate the Civil Rights Act of 1866, 42 U.S.C. §§ 1981 and 1982, the Fair Housing Act of 1968, as amended, 42 U.S.C. §§ 3601, et seq.,

25. Awarding such damages to Plaintiff as will fully compensate for the diversion of resources and frustration of mission caused by Defendants' unlawful practices.

26. Awarding compensatory damages, including damages for emotional

distress, to Plaintiff.

27. Awarding punitive damages to Plaintiff.

28. Awarding Plaintiff reasonable attorneys' fees, costs, and expenses incurred in prosecuting this action; and

29. Granting Plaintiff such other further relief as may be just and proper.

**JURY DEMAND**

30. Plaintiff hereby demands a trial on the merits by jury pursuant to Federal Rule of Civil Procedure 38.

Respectfully submitted.

RODOLFO VALDEZ

ZAIRA SOLANO